NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ENHANCED SECURITY RESEARCH, LLC,**
*Plaintiff-Appellant,*

**v.**

**CISCO SYSTEMS, INC. AND 3COM CORPORATION,**
*Defendants-Appellees,*

**AND**

**CHECK POINT SOFTWARE TECHNOLOGIES, LTD. AND CHECK POINT SOFTWARE TECHNOLOGIES INC.,**
*Defendants-Appellees,*

**AND**

**FORTINET, INC.,**
*Defendant-Appellee,*

**AND**

**INTERNATIONAL BUSINESS MACHINES CORPORATION, NOKIA CORPORATION, AND NOKIA INC.,**
*Defendants-Appellees,*

**AND**

**SONICWALL, INC.,**
*Defendant-Appellee,*

**AND**

**SOURCEFIRE, INC.,**
*Defendant-Appellee,*

**AND**

**JUNIPER NETWORKS, INC.,**
*Defendant-Appellee.*

_____

2010-1436, -1437

_____

Appeals from the United States District Court for the District of Delaware in Nos. 09-CV-0390 and 09-CV-0871, Judge Joseph J. Farnan, Jr.

_____

**JUDGMENT**

_____

SARA A. POULOS, Robins, Kaplan, Miller & Ciresi L.L.P., of Minneapolis, Minnesota, argued for plaintiff-appellant. With her on the brief were MARTIN R. LUECK, COLE M. FAUVER, JULIA DAYTON KLEIN and BRENDA L. JOLY.

DARYL L. JOSEFFER, King & Spalding LLP, of Washington, DC, argued for all defendants-appellees, except Juniper Networks, Inc. With him on the brief for defendants-appellees Nokia Corporation and Nokia, Inc. were ROBERT F. PERRY and ALEXAS D. SKUCAS, of New York, New York. On the brief for defendants-appellees Cisco Systems, Inc. and 3Com Corporation were HENRY B. GUTMAN and NOAH LEIBOWITZ, Simpson Thacher & Bartlett LLP, of New York, New York; and JEFFREY E. OSTROW, of Palo Alto, California. On the brief for defendants-appellees Check Point Software Technologies Ltd. and Check Point Software Technologies, Inc. were EDWARD J. DEFRANCO and JAMES M. GLASS, Quinn Emanuel Urquhart & Sullivan, LLP, of New York, New York. On the brief for defendant-appellee Fortinet, Inc. was STEFANI E. SHANBERG, Wilson Sonsini Goodrich & Rosati, of Palo Alto, California. On the brief for defendant-appellee International Business Machines Corporation were HOLMES J. HAWKINS III, NATASHA H. MOFFITT, and CHARLES A. PANNELL III, King & Spalding LLP, of Atlanta, Georgia. On the brief for defendant-appellee SonicWALL, Inc. were COLBY B. SPRINGER and

KENNETH B. WILSON, Carr & Ferrell LLP, of Menlo Park, California. On the brief for defendant-appellee Sourcefire, Inc. were ALEXANDER J. HADJIS, Morris & Foerster LLP, of Washington, DC; and MICHAEL E. ANDERSON, of McLean, Virginia. Of counsel was PETER J. DAVIS, Morrison & Foerster LLP, of Washington, DC.

JONATHAN S. KAGAN, Irell & Manella, LLP, of Los Angeles, California, for defendant-appellee, Juniper Networks, Inc. With him on the brief were MORGAN CHU; DAVID C. MCPHIE and REBECCA CLIFFORD, of Newport Beach, California.

—————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* LOURIE and BRYSON, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 14, 2011          /s/ Jan Horbaly
Date                          Jan Horbaly
                                  Clerk